Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 05 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT  2:25-CR-00016-TOR-1 |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Counts 1-3, 6) |
| ANDREW VINCENT AUERBACH, | |
| Defendant. | 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm (Counts 4, 7) |
| | 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of Drug Trafficking (Counts 5, 8) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

On or about October 25, 2024, in the Eastern District of Washington, the Defendant, ANDREW VINCENT AUERBACH, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## COUNT 2

On or about October 29, 2024, in the Eastern District of Washington, the Defendant, ANDREW VINCENT AUERBACH, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## COUNT 3

On or about November 1, 2024, in the Eastern District of Washington, the Defendant, ANDREW VINCENT AUERBACH, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## COUNT 4

On or about November 1, 2024, in the Eastern District of Washington, the Defendant, ANDREW VINCENT AUERBACH, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one

INDICTMENT - 2

year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Canik Model TP-9 Elite Comber, 9x 19 caliber pistol with serial number BN07592, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 5

On or about November 1, 2024, in the Eastern District of Washington, the Defendant, ANDREW VINCENT AUERBACH, did knowingly possess a firearm, that is: a Canik Model TP-9 Elite Comber, 9x 19 caliber pistol with serial number BN07592, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Distribution of Methampehtamine, as charged in Count 3, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A).

COUNT 6

On or about November 8, 2024, in the Eastern District of Washington, the Defendant, ANDREW VINCENT AUERBACH, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

COUNT 7

On or about November 8, 2024, in the Eastern District of Washington, the Defendant, ANDREW VINCENT AUERBACH, knowing of his status as a person

INDICTMENT - 3

previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Taurus International, Model G3C 9mm pistol with serial number ABH739313, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 8

On or about November 8, 2024, in the Eastern District of Washington, the Defendant, ANDREW VINCENT AUERBACH, did knowingly possess a firearm, that is: a Taurus International, Model G3C 9mm pistol with serial number ABH739313, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Distribution of Methampehtamine, as charged in Count 6, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, ANDREW VINCENT AUERBACH, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such

INDICTMENT - 4

offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, and/or in violation of 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of Drug Trafficking, as set forth in this Indictment, Defendant ANDREW

//

//

//

//

//

INDICTMENT - 5

VINCENT AUERBACH, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense(s).

DATED this 5th day of February 2025.

A TRUE BILL



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Caitlin Baunsgard_

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 6